**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| LARRY BEAUCHAMP, *Plaintiff-Appellant*, | No. 11-55780 |
| v. | D.C. No. 2:10-cv-01270-RGK-JC |
| CITY OF LONG BEACH, *Defendant-Appellee.* | ORDER |

Filed May 21, 2014

Before: Consuelo M. Callahan, Sandra S. Ikuta, and Andrew D. Hurwitz, Circuit Judges.

## ORDER

The stay of these proceedings is lifted. This case is hereby resubmitted as of the date of this order. The parties have indicated that they reached a settlement following the California Supreme Court's acceptance of the certified question. The parties' joint motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

The Clerk is hereby directed to serve a copy of this order on the California Supreme Court.